AO 91 (Rev. 5/95) Criminal Complaint
_____

# UNITED STATES DISTRICT COURT

_____SOUTHERN DISTRICT OF TEXAS_____
BROWNSVILLE DIVISION

**UNITED STATES OF AMERICA**

V                                                            **CRIMINAL COMPLAINT**

**MARTINEZ SALOMON, JUAN ANTONIO**                     CASE NUMBER: 1:19-**PO 004**
A201 520 248

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __01/18/2019__ in __Cameron__ County, in the __SOUTHERN__ District of __TEXAS__ defendant, an alien did,

knowingly, willfully and in violation of law attempted to gain illegal entry into the United States by concealment of a material fact, and in furtherance of such violation presented a counterfeit United States Naturalization Certificate and declared to be a citizen of the United States,

in violation of Title __8__ United States Code, Section(s) __1325 (a)(3)__.

I further state that I am a (n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

   The defendant attempted to gain illegal entry into the United States through the Veterans International Bridge in Brownsville, Texas. The defendant presented a United States Naturalization Certificate bearing the name of Jose Salinas Salinas and further claimed to be said person to a U.S. Customs and Border Protection Officer. In secondary Customs and Border Protection Officers determined that the document presented by the defendant is counterfeit. Further, the defendant was determined to be a citizen and national of Mexico with no legal status to enter and or be in the United States.
Defendant had $72.00 US Dollars.

**Continued on the attached sheet and made a part hereof:    ___Yes   X No**

/s/
_____
**Rebecca Longoria CBPEO**
Signature of Complainant

**Sworn to before me and subscribed in my presence,**

**January 20, 2019**                              at          **BROWNSVILLE, TEXAS**
Date                                                         City and State

**IGNACIO TORTEYA III U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                          Signature of Judicial Officer